IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

TIMOTHY D. BILASH, M.D.,

FILED
SEP 10 2026
U.S. Court of Appeals
Eighth Circuit

Plaintiff-Appellant,

v.

MICHAEL KEHOE, in his official capacity as Governor of Missouri, et al.,

Defendants-Appellees.

Appeal No. 26-2607
(District Court Case No. 4:26-cv-00567-MTS)

EMERGENCY MOTION FOR SUMMARY REVERSAL AND MANDATORY INJUNCTIVE RELIEF

Pursuant to Federal Rules of Appellate Procedure 27 and 8, Plaintiff-Appellant Timothy D. Bilash, M.D., respectfully moves this Court for an emergency order granting summary reversal of the District Court's June 1, 2026 dismissal and directing immediate mandatory injunctive relief to remedy a total structural failure in the administration of Missouri's federal congressional elections.

HAND DELIVERED
RECEIVED
SEP 10 2026
U.S.COURT OF APPEALS
EIGHTH CIRCUIT

## I. BASIS FOR EMERGENCY ADMINISTRATIVE INTERVENTION

Immediate intervention is required before October 2026 because the state's electoral process has suffered an incurable constitutional fracture:

1. The Primary Mismatch: The August primary election was conducted entirely under the boundaries of the 2025 redistricting map.

2. The High Court's Mandate: On September 3, 2026, the Supreme Court of Missouri ruled 7-0 en banc that the 2025 map "is not a law and never has been a law".

3. The Boundary Vacuum: Because voter registration shifted under fluid iterations of both the 2022 and 2025 maps, voters were sorted, and candidates campaigned, within a standardless boundary vacuum. A general election cannot legally proceed upon the results of a primary tethered to a non-existent law.

## II. SUMMARY REVERSAL IS WARRANTED AS A MATTER OF LAW

The District Court's dismissal relied on the Appellees' defense that the 2025 map was valid, binding legislation that rendered Appellant's claims moot. Because the state's highest court has completely vaporized that defense, the legal foundation of the District Court's judgment has collapsed. There is no lingering question of state law; the structural injury to Appellant's congressional candidacy is an established historical fact.

## III. APPELLANT'S STANDING AS A SYSTEMS AUDITOR TO CHALLENGE METADATA DISRUPTION

Grounding this structural election failure is an objective data tracking conflict. As a peer-reviewed data modeler and system auditor (Exhibit 21), Appellant's standing is uniquely tethered to the empirical identification of systemic administrative noise.

The state-enforced map oscillation between the 2022 and 2025 tracks triggered an automated database interface failure, explicitly documented in Appellant's Metadata Disruption Matrix (Exhibit 17) and verified via

specialized credential analysis (Exhibit 21A). These formatting syntax mismatches and trailing-character interface errors structurally corrupted the automated voter registration sorting algorithms.

This is not a generalized grievance; it is a demonstrable tracking failure where legitimate federal congressional candidates were digitally blinded, and voters misaligned, by broken database architecture. Denying standing to an expert modeler tracking an unconstitutional algorithmic vacuum constitutes a manifest disregard of the empirical record.

## IV. PRAYER FOR EMERGENCY REMEDIAL RELIEF

To protect the integrity of the franchise under the U.S. Constitution's Elections Clause, Plaintiff-Appellant respectfully requests that this Court:

1. SUMMARILY REVERSE the District Court’s dismissal orders.

2. ISSUE A MANDATORY INJUNCTION ordering the Appellees to halt the current election track and structure an expedited revote sequence for the U.S. House of Representatives lines impacted by the boundary vacuum.

Dated: September 10, 2026

Respectfully submitted,

/s/ Timothy D. Bilash, M.D.

Timothy D. Bilash, M.D., Plaintiff Pro Se

1209 S. Big Bend Blvd. #179151

St. Louis, MO 63117-0503

Campaign@VoteDrTim.com

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2026, a true and correct copy of the foregoing Emergency Motion for Summary Reversal and Mandatory Injunctive Relief was served via direct electronic mail

transmission to the designated active address of defense counsel of record:

Wolfgang A. Schaefer #78191 (MO)

Assistant Attorney General

Office of the Missouri Attorney General

P.O. Box 899

Jefferson City, MO 65102

Counsel for Defendants- Appellees Hoskins, Kehoe, and Fitzpatrick

Respectfully submitted,

/s/ Timothy D. Bilash, M.D.

Timothy D. Bilash, M.D., Plaintiff Pro Se

VERIFICATION STATEMENT PURSUANT TO 28 U.S.C. § 1746

I, Timothy D. Bilash, M.D., declare under penalty of perjury under the laws of the United States of America that I am the Plaintiff-Appellant in

the above-captioned matter, that I am a peer-reviewed data modeler and system auditor, and that I have personally compiled and verified the data tracking logs set forth in the Metadata Disruption Matrix (Exhibit 17).

I declare under penalty of perjury that the foregoing facts regarding the automated database interface failures, trailing-character syntax formatting errors, and resultant algorithmic voter registration sorting disruptions are true, accurate, and correct to the best of my knowledge, information, and expert belief.

Executed on this 10th day of September, 2026.

/s/ Timothy D. Bilash, M.D.

Timothy D. Bilash, M.D., Plaintiff Pro Se

1209 S. Big Bend Blvd. #179151

St. Louis, MO 63117-0503

Primary Cell: 858-444-7895 (Emergency Voice/Text)

Secondary Line: 858-380-6785

Email: Campaign@VoteDrTim.com

IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
No. 26-2607
(District Court Case No. 4:26-cv-00567-MTS)

| | | |
|---|---|---|
| TIMOTHY D. BILASH, M.D.,<br><br>Plaintiff-Appellant<br><br>v.<br><br>MICHAEL KEHOE, in his official capacity as Governor of Missouri;<br><br>SCOTT FITZPATRICK, in his official capacity as Missouri State Auditor;<br><br>DENNY HOSKINS, in his official capacity as Missouri Secretary of State,<br><br>Defendants-Appelees | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26-2607<br>(District Court Case No. 4:26-cv-00567-MTS)<br><br>APPELLANT'S EMERGENCY MOTIONS CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2026, a true and correct copy of the foregoing filings—specifically the Appellant's Emergency Motion for Summary Reversal and Mandatory Injunctive Relief, Appellant's Emergency Motion to Expedite the Briefing Schedule. Appellant's Unified Master Exhibit Index Sheet along with supporting evidentiary records Appellant's Unified Master Exhibit Index Sheet to 09.03.2026—was served via the United States Postal Service, first-class mail, postage prepaid, addressed to the counsel of record for the Defendants-Appellees at the following repository location:

Wolfgang A. Schaefer #78191 (MO)
Assistant Attorney General
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
Counsel for Defendants-Appellees

I further certify under penalty of perjury that a courtesy conformed electronic copy was simultaneously transmitted via electronic mail to the designated active address: Wolfgang.Schaefer@ago.mo.gov.

Dated: September 10, 2026

Respectfully submitted,

Timothy D. Bilash, M.D., Pro Se
1209 S. Big Bend Blvd. #179151
St. Louis, MO 63117-0503
Campaign Email: Campaign@VoteDrTim.com